**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services, Respondent,

v.

Johaida S. G. A/K/A Johaida S., Reynaldo P., Jr., and John Doe, Defendants,

Of whom Johaida S. G. is the Appellant,

In the interest of minor children under the age of eighteen.

Appellate Case No. 2012-212274

———————————

Appeal From Horry County
James A. Spruill, Family Court Judge

———————————

Unpublished Opinion No. 2013-UP-065
Submitted January 23, 2013 – Filed February 1, 2013

———————————

**AFFIRMED**

———————————

James Thomas Young, of Singleton Burroughs & Young, PA, of Conway, for Appellant.

Tonia Elizabeth Medrick, of the Department of Social Services, of Conway, for Respondent.

Jessica Elizabeth Kinard, of Hills & Hills, P.C., of Myrtle Beach, for Guardian ad Litem.

---

**PER CURIAM:**  Johaida S. appeals from the family court's final order terminating her parental rights to two of her minor children.  *See* S.C. Code Ann. § 63-7-2570 (2010 & Supp. 2012).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling.[1]

**AFFIRMED.**

**HUFF, THOMAS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.